**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Norman Sivazlian, <br><br>  Plaintiff, <br> v. <br><br> Mercantile Adjustment Bureau, LLC; and DOES 1-10, inclusive, <br><br>  Defendants. | Civil Action No.: 4:14-cv-40008-TSH |

### STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Mercantile Adjustment Bureau, LLC with prejudice and without costs or fees to any party.

Dated: December 2, 2014

| Norman Sivazlian | Mercantile Adjustment Bureau, LLC |
|---|---|
| */s/ Stephen Taylor* <br> Stephen Taylor, Esq. (admitted PHV) <br> Sergei Lemberg, Esq. <br> LEMBERG LAW, LLC <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Email: staylor@lemberglaw.com <br> Email: slemberg@lemberglaw.com <br> *Attorneys for Plaintiff* | */s/ Michael D. Alltmont* <br> Michael D. Alltmont (admitted PHV) <br> Bryan C. Shartle (admitted PHV) <br> Sessions, Fishman, Nathan & Israel, LLC <br> 3850 N. Causeway Blvd., Ste. 200 <br> Metairie, LA 70002 <br> Telephone No.: (504) 846-7954 <br> Facsimile No.: (504) 828-3737 <br> Email: malltmont@sessions-law.biz <br> Email: bshartle@sessions-law.biz <br><br> Jennifer L. Markowski <br> Peabody & Arnold LLP <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA 02110-2261 <br> Telephone No.: (617) 951-2010 <br> Facsimile No.: (617) 235-3555 <br> Email: jMarkowski@PeabodyArnold.com <br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 2, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Jennifer L. Markowski
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110-2261

Michael D. Alltmont (admitted PHV)
Bryan C. Shartle (admitted PHV)
Sessions, Fishman, Nathan & Israel, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002

                *By  /s/ Stephen Taylor*
                  Stephen Taylor